

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

ERZA THOMAS and
RON JACKSON                                               PLAINTIFFS

VS.                                  CIVIL ACTION NO. 2:24-cv-25-TBM-RPM

PLAINS MARKETING, L.P.;
DUANE NOTTINGHAM,
JOEL BOONE and
JOHN AND JANE DOES 1-5                                    DEFENDANTS

### NOTICE OF REMOVAL

TO:   Arthur Johnston, Clerk
      United States District Court
      501 E. Court St., Suite 2.500
      Jackson, Mississippi 39201

      Billy G. Rayner, Circuit Clerk
      Circuit Court of Jasper County
      P.O. Box 58
      Paulding, MS 39348

      Michael R. Brown
      The Michael R. Brown Law Offices, PLLC
      120 North Congress Street, Suite 710
      Jackson, MS 39201
      mbrown@mikelawms.com

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendants Plains Marketing, L.P., Duane Nottingham, and Joel Boone hereby remove this action titled "*Erza Thomas and Ron Jackson v. Plains Marketing, L.P., Duane Nottingham, Joel Boone, and John and Jane Does 1-5*," bearing Cause No. 31CI1:23-cv-00089-P1, from the Circuit Court of Jasper County, Mississippi, to the United States District Court for the Southern District of Mississippi,

1

Eastern Division.[1] This Court has original jurisdiction under 28 U.S.C. §§ 1331 and 1441 *et. seq.* In support of removal, Plains Marketing, L.P. states:

I.     THE STATE COURT ACTION

1. On November 5, 2023, Erza Thomas and Ron Jackson (collectively, "Plaintiffs") filed their Complaint in the Circuit Court of Jasper County, Mississippi, assigned Cause No. 31CI1:23-cv-00089-P1. Prior to serving the original Complaint on any Defendant, Plaintiffs filed an Amended Complaint on January 11, 2024. The Amended Complaint names Plains Marketing, L.P. ("Plains"), Duane Nottingham ("Nottingham"), and Joel Boone ("Boone") (collectively, "Defendants") as Defendants in the suit. A true and correct copy of the Amended Complaint is attached hereto as Exhibit "A." A true and correct certified copy of the entire State Court record is attached hereto as Exhibit B.[2]

2. Plaintiffs served Nottingham with a copy of the Amended Complaint on February 2, 2024. *See* Exhibit "C," copy of all process and pleadings served on Nottingham. Nottingham reserves any and all rights to assert any and all defenses and/or objections, including but not limited to those available under Fed. R. Civ. P. 12(b). Nottingham joins in the filing of and incorporates the entirety of the certified State Court record attached hereto as Exhibit B.

3. Plaintiffs served Plains with a copy of the Amended Complaint on February 8, 2024. *See* Exhibit "D," copy of all process and pleadings served on Plains. Plains reserves any and all rights to assert any and all defenses and/or objections, including but not limited to those

---

[1] John and Jane Does are fictitious Defendants that have no bearing or effect on removal.

[2] The certified copy of the State Court record from the Jasper County, Mississippi Circuit Clerk contains some blurry or discolored lines on the right side of each page. This is how the certified record was provided to undersigned counsel. These are not discolorations created by any copying of the actual, certified record by undersigned counsel.

available under Fed. R. Civ. P. 12(b). Plains joins in the filing of and incorporates the entirety of the certified State Court record attached hereto as Exhibit B.[3]

4. Plaintiffs served Boone with a copy of the Complaint on February 15, 2024. *See* Exhibit "E," copy of all process and pleadings served on Boone. Boone reserves any and all rights to assert any and all defenses and/or objections, including but not limited to those available under Fed. R. Civ. P. 12(b).[4] Boone joins in the filing of and incorporates the entirety of the certified State Court record attached hereto as Exhibit B.

5. Joinder and Consents for the removal of this matter for Nottingham, Plains, and Boone are attached hereto as Exhibits F, G, and H.

## II. THIS COURT HAS ORIGINAL SUBJECT MATTER JURISDICTION OVER THIS CASE

6. Defendants remove this action on the basis of federal question jurisdiction under 28 U.S.C. §§ 1331, 1441, and 1446.

7. Pursuant to 28 U.S.C. § 1331, federal courts have jurisdiction over "all civil actions arising under the Constitution, laws, or treaties of the United States. 28 U.S.C. § 1331.

8. Further, pursuant to 28 U.S.C. § 1441(a), *et seq*, "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed

---

[3] A copy of a check to the Jones County Sheriff's Office for service on Joel Boone was attached to the materials served on Plains. This is included simply because it was served on Plains and Plains is attaching all papers served on it.

[4] A copy of a check to the Jones County Sheriff's Office for service on Joel Boone and Plains Marketing was attached to the materials served on Boone. This is included simply because it was served on Boone and Boone is attaching all papers served on him. It is immaterial but noted that no copy of any check was in the materials served on Nottingham.

by the defendant or defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

9. In the Amended Complaint, Plaintiffs allege that Defendants engaged in racially motivated discrimination in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e *et seq* ("Title VII") and 42 U.S.C. §1981. Complaint, ¶¶1, 4, 9, 10, 39-57. Both statutes provide federal question jurisdiction for the Court.

10. Thus, because Plaintiffs seek relief under Title VII and 42 U.S.C. §1981, removal is proper under this Court's federal question jurisdiction pursuant to 28 U.S.C. §1331.

11. By reason of the above, Defendants are entitled to, and hereby do remove this action to this Court pursuant to 28 U.S.C. § 1331, and 28 U.S.C. § 1441, based on this Court's original federal question jurisdiction.

## III. THE PROCEDURAL REQUIREMENTS AND VENUE REQUIREMENTS FOR REMOVAL ARE SATISFIED

8. This Notice of Removal is timely because it was filed prior to the expiration of the 30-day period for removal under 28 U.S.C § 1446(a) and(b), for all Defendants, commencing upon service of the Amended Complaint on Nottingham on February 2, 2024. A certified copy of the entire State Court record is attached as Exhibit B, and all process, pleadings, and orders served upon defendants are attached as Exhibits C, D, and E. The required consents for removal are attached as Exhibits F, G, and H.

9. Jasper County, Mississippi, is located within the United States District Court for the Southern District of Mississippi, Eastern Division, and venue for this action is proper in this Court because the Southern District of Mississippi, Eastern Division, is the "district and division embracing the place wherein" the action is pending. 28 U.S.C. §1441(a); *see also* 28 U.S.C. §104(b)(3) ("The Eastern Division [of the Southern District of Mississippi] comprises the counties

4

of Clarke, Covington, Forrest, ***Jasper***, Jefferson Davis, Jones, Lamar, Lawrence, Marion, Perry, Wayne, and Walthall").

10. Written notice of the filing of this Notice of Removal is being provided to all adverse parties, and a copy of this Notice of Removal is being filed with the Clerk of the Circuit Court of Jasper County, Mississippi, as provided by 28 U.S.C. § 1446(d).

11. By removing this action to this Court, Defendants waive no defenses, objections, or motions available under state or federal law.

## IV. CONCLUSION

12. WHEREFORE, Defendants give notice that the matter bearing Civil Action No. 31CI1:23-cv-00089-P1 in the Circuit Court of Jasper County, Mississippi, is removed to this Court pursuant to 28 U.S.C. § 1331, 1441, and 1446. Further, Plaintiffs are notified to proceed no further in the Circuit Court Action unless this action should be remanded by order of the District Court.

Dated: February 28, 2024

Respectfully submitted,

**PLAINS MARKETING, L.P.,
DUANE NOTTINGHAM, and
JOEL BOONE**
By Their Attorneys,
JONES WALKER LLP

By: _____
JOSEPH L. ADAMS

Joseph L. "JoJo" Adams (MS Bar No. 10591)
Dakota J. Stephens (MS Bar No. 106695)
JONES WALKER LLP
3100 North State Street, Suite 300
Jackson, Mississippi 39216
Tel: (601) 949-4900; Fax: (601) 949-4804
jojoadams@joneswalker.com
dstephens@joneswalker.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the foregoing pleading/Notice with the Clerk of Court for the United States District Court, Southern District of Mississippi, Eastern Division. I have given written notice to all adverse parties and filed a copy of this Notice with the Clerk of Jasper County, Mississippi. I have also served a copy of the foregoing by U.S. Mail, postage prepaid, on the following:

>Billy G. Rayner, Circuit Clerk
>Circuit Court of Jasper County
>P.O. Box 58
>Paulding, MS 39348
>
>Michael R. Brown
>The Michael R. Brown Law Offices, PLLC
>120 North Congress Street, Suite 710
>Jackson, MS 39201
>mbrown@mikelawms.com

Dated: February 28, 2024

_____
JOSEPH L. ADAMS