IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**EZRA THOMAS**, *et al.*                                                                 **PLAINTIFFS**

**v.**                                                      **CIVIL ACTION NO. 2:24-cv-25-TBM-RPM**

**PLAINS MARKETING, L.P.**, *et al.*                                               **DEFENDANTS**

## FINAL JUDGMENT

For the reasons stated in the Memorandum Opinion and Order entered this same day, this civil action is DISMISSED with prejudice. This CASE is CLOSED.

THIS, the 30th day of September, 2025.

                                                                **TAYLOR B. McNEEL**
                                                                **UNITED STATES DISTRICT JUDGE**